DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BEN HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3212

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

Affirmed. *See Carbajal v. State*, 75 So. 3d 258 (Fla. 2011); *DuBoise v. State*, 520 So. 2d 260 (Fla. 1988); *State v. Waters*, 436 So. 2d 66 (Fla. 1983); *State v. King*, 426 So. 2d 12 (Fla. 1982); *Clough v. State*, 136 So. 3d 680 (Fla. 2d DCA 2014); *McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA 2013); *Hughes v. State*, 22 So.

3d 132 (Fla. 2d DCA 2009); *Valdez-Garcia v. State*, 965 So. 2d 318 (Fla. 2d DCA 2007); *Steward v. State*, 931 So. 2d 133 (Fla. 2d DCA 2006); *Shortridge v. State*, 884 So. 2d 321 (Fla. 2d DCA 2004); *Brown v. State*, 827 So. 2d 1054 (Fla. 2d DCA 2002); *Desmond v. State*, 576 So. 2d 743 (Fla. 2d DCA 1991); *Budd v. State*, 477 So. 2d 52 (Fla. 2d DCA 1985); *Sims v. State*, 141 So. 3d 613 (Fla. 4th DCA 2014); *McMillan v. State*, 832 So. 2d 946 (Fla. 5th DCA 2002); *Harris v. State*, 789 So. 2d 1114 (Fla. 1st DCA 2001).

BLACK, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.